IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAIRFAX REALTY OF ROCKVILLE, *
LLC, et al.,
                                            *
    Plaintiffs,
                                            *   Civil No. 8:22-cv-02722-PJM
v.
                                            *
GREENWICH INSURANCE COMPANY,
                                            *
    Defendant.
                                            *

*   *   *   *   *   *   *   *   *   *   *   *   *

**~~PROPOSED~~ ORDER**

Plaintiffs Fairfax Realty of Rockville, LLC and Ellen L. Lima and Defendant Greenwich Insurance Company have provided notice to this Court pursuant to Local Rule 111 that the parties have reached an agreement in principle to settle all claims pending in the above-captioned action.

It is therefore ORDERED that this case is dismissed without prejudice to the right of any party to move for good cause to reopen the case within 60 days if the settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice. Each party is to bear its own costs.

Date: __11/8__, 2022

_____
Judge Peter J. Messitte
U.S. District Court for the District of Maryland

4895-1846-6110, v. 1